07-CR-05817-ORD

Judge Leighton

FILED ___ LODGED
___ RECEIVED
FEB 27 2008
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) NO. CRO7-5817RBL |
| v. | ) [~~PROPOSED~~] ORDER |
| EVAN ROBARD THORP, | ) |
| Defendant. | ) |

Upon Motion of the United States, the Indictment in cause number CRO7-5817RBL is hereby DISMISSED WITHOUT PREJUDICE.

The defendant will be released forthwith. RBL

IT IS SO ORDERED.

DATED this 27th day of February, 2008.

RONALD B. LEIGHTON
United States Magistrate Judge

Presented by:

s/Kent Y. Liu
KENT Y. LIU
Special Assistant United States Attorney

3 cert copies USMO

[PROPOSED] ORDER TO DISMISS - 1
United States v. Thorp/CRO7-5817RBL

UNITED STATES ATTORNEY
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
(253) 428-3800